THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | |
| : | **Criminal No.:** 25-cr-00120-1 (ABJ) |
| : | |
| v. : | |
| : | |
| JAMIL MOHAMMED : | |
| : | |
| Defendant. : | |

-----------------------------------------------------------

**UNOPPOSED MOTION TO MODIFY DEFENDANT'S
CONDITIONS OF RELEASE TEMPORARILY**

Defendant, **Jamil Mohammed**, by and through the undersigned counsel, respectfully moves this Honorable Court for an order to temporarily modify his release conditions, allowing him to travel to Ghana with his passport for a period of ten (10) days from August 14 to August 24, 2025. In support thereof, counsel states the following:

1. Per the Court's Order setting Mr. Mohammed's conditions of release, he surrendered his passport to Pretrial Services on May 12, 2025. Moreover, his travel outside the continental United States requires the Court's prior approval. *See* ECF No. 7.

2. Mr. Mohammed wishes to travel to Accra, Ghana, where two of his children are spending the summer. His son is accompanying him, and all three of his children will be returning with him to the United States for the start of the fall school semester.

3. This temporary modification will expire on August 24, 2025, and Mr. Mohammed will re-surrender his passport to Pretrial Services. All remaining conditions of his bond will remain in effect throughout his trip.

1

4. Mr. Mohammed will provide Pretrial Services with his travel itinerary before leaving the country.

5. Pretrial Services was made aware of this motion in advance and does not object to the request made herein. The Government will defer to the Court's discretion.

**WHEREFORE**, the Defendant, Jamil Mohammed, by and through his undersigned counsel, prays that this Honorable Court will order the temporary modification of his release conditions.

Dated this 31st day of July, 2025,

Respectfully submitted,
Spodek Law Group P.C.

/s/ Todd A. Spodek
Todd A. Spodek,
N.Y. Bar No.: 4489399
233 Broadway, Suite 710
New York, NY 10279
Tel.: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
*Pro Hac Vice Counsel for Defendant,
Jamil Mohammed*

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Sponsoring Counsel for Defendant
Jamil Mohammed*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2025, a true and correct copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE TEMPORARILY** was filed electronically, and through that system, all parties, by and through their respective attorneys, including Matthew Francis Sullivan and Sara Albert Hallmark**,** the Assistant United States Attorneys handling this case, have had this document forwarded to them.

Respectfully submitted,

/s/ Todd A. Spodek
Todd A. Spodek,

/s/ Charles R. Haskell
Charles R. Haskell

cc:
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, DC 20530