THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | |
| : | **Criminal No.:** 25-cr-00120-1 (ABJ) |
| : | |
| v.    : | |
| : | |
| JAMIL MOHAMMED    : | |
| : | |
| Defendant.    : | |

-------------------------------------------------------------

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TEMPORARILY**

The Court, having read and considered the above motion and finding good cause, therefore, orders the temporary modification of the Defendant's conditions of release, including Pretrial Services' return of the Defendant's passport.

On this _____ day of _____, 2025.

_____
The Hon. Amy Berman Jackson